IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DANNY STALNAKER                                                                 PETITIONER

v.                                          No. 6:16-CV-06030

WENDY KELLY, Director,
Arkansas Department of Correction                                       RESPONDENT

## **ORDER**

     The Court has received a report and recommendation (Doc. 11) from Chief United States Magistrate Judge Barry A. Bryant. Petitioner has filed objections. The Magistrate recommends that the Court deny the petition for a writ of habeas corpus. The Court has reviewed the report and recommendation de novo where Petitioner has objected. 28 U.S.C. § 636(b)(1)(C). The objections offer no reason to depart from the Magistrate's findings. The report otherwise contains no clear error. The report and recommendation is ADOPTED IN ITS ENTIRETY.

     IT IS THEREFORE ORDERED that the petition for a writ of habeas corpus (Doc. 1) is DENIED and the petition is DISMISSED WITH PREJUDICE. No certificate of appealability shall issue.

     Judgment will be entered accordingly.

     IT IS SO ORDERED this 5th day of June, 2017.

                                                        /s/ P. K. Holmes, III
                                                        P.K. HOLMES, III
                                                        CHIEF U.S. DISTRICT JUDGE