IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DANNY STALNAKER                                               PETITIONER

v.                              No. 6:16-CV-06030

WENDY KELLY, Director,
Arkansas Department of Correction                            RESPONDENT

## JUDGMENT

     Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

     IT IS SO ADJUDGED this 5th day of June, 2017.


/s/ P. K. Holmes, III

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE